No. 94–5432. Smith v. United States District Court, Northern District of Indiana. C. A. 7th Cir. Certiorari denied.

No. 94–5433. Gordon v. Nagle, Warden, et al. C. A. 11th Cir. Certiorari denied.

No. 94–5434. Harwood v. United States. C. A. 6th Cir. Certiorari denied.

No. 94–5435. Jacques v. United States. C. A. 3d Cir. Certiorari denied.

No. 94–5436. Hampton v. United States. C. A. 10th Cir. Certiorari denied.

No. 94–5437. Jones v. Idaho. Sup. Ct. Idaho. Certiorari denied.

No. 94–5438. Higgins v. Neal, Warden. C. A. 10th Cir. Certiorari denied.

No. 94–5439. Fertel-Rust v. Security Bank SSB of Milwaukee et al. C. A. 7th Cir. Certiorari denied.

No. 94–5443. Shannon v. United States. C. A. 5th Cir. Certiorari denied.

No. 94–5444. Worthington v. United States. C. A. 6th Cir. Certiorari denied.

No. 94–5445. Stotts v. Kernan, Warden. C. A. 9th Cir. Certiorari denied.

No. 94–5447. Delarco v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 94–5448. Mora Carrillo v. United States. C. A. 5th Cir. Certiorari denied.

No. 94–5449. De Leon v. United States. C. A. 5th Cir. Certiorari denied.

No. 94–5450. Coleman v. United States. C. A. 9th Cir. Certiorari denied.

No. 94–5452. Bibbins v. New York. C. A. 2d Cir. Certiorari denied.